UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Speech First, Inc., § | | No. 1:23-CV-411-DAE |
| Plaintiff § | | |
| § | | |
| vs. § | | |
| § | | |
| McCall et al, § | | |
| § | | |
| Defendants. § | | |
| _____ § | | |

ORDER FOR BRIEFING AND SETTING HEARING

Before the Court is the status of this case. On April 14, 2023, Plaintiff Speech First, Inc. ("Plaintiff") filed a Motion for Preliminary Injunction against Defendants Brian McCall, in his official capacity as Chancellor of the Texas Statute University System, et. al. ("Defendants"). (Dkt. # 4.) Service was effectuated on Defendants on May 10, 2023. (Dkt. # 14.)

Defendants are hereby **ORDERED** to submit briefing in response to the Motion for Preliminary Injunction **by or on May 24, 2023.** This briefing is to be limited to ten (10) pages, double spaced (exclusive of caption and signature block). Plaintiff is **ORDERED** to submit reply briefing in in response **by or on May 31, 2023,** subject to a five (5) page limit, double spaced (exclusive of caption and signature block).

The parties are to appear for a hearing on the Motion for Preliminary Injunction in Courtroom 2 of the Federal Courthouse, 501 W. 5th St., in Austin, Texas, at 9:00AM on July 27, 2023.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 10, 2023.

_____
David Alan Ezra
Senior United States District Judge