AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas

|  |  |  |
|---|---|---|
| SPEECH FIRST, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00411 |
| BRIAN MCCALL, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian McCall, Kelly Damphousse, Alexandria Hatcher, Ken Pierce, Daniel Owen, Earl, C. Austin,   .
Garry D. Crain, Alan Tinsley, Charlie Amato, Shiela Faske, Dionicio Flores, Veronica Harle, Stephen Lee and
William F. Scott, in their offiical capacities as members of the Texas State University System Board of Regents

Date:      05/15/2023                                         /s/ Ryan G. Kercher
                                                      *Attorney's signature*

                                         Ryan G. Kercher Tx Bar No. 24060998
                                                      *Printed name and bar number*

                                         Office of the Attorney General
                                         P.O. Box 12548
                                         Austin, Texas 78711-2548
                                                      *Address*

                                         ryan.kercher@oag.texas.gov
                                                      *E-mail address*

                                         (512) 463-2120
                                                      *Telephone number*

                                         (512) 320-0667
                                                      *FAX number*