IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPEECH FIRST, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> BRIAN MCCALL, in his official capacity as Chancellor of the Texas State University System, *et al.*, <br><br> *Defendants.* | Case No. 1:23-cv-00411 |

### JOINT MOTION TO STAY DEFENDANTS' RESPONSIVE PLEADING OBLIGATION

Plaintiff Speech First, Inc. and Defendants Brian McCall, *et al.*, respectfully move the Court for an order staying Defendants' responsive pleading obligation pending the resolution of Plaintiff's motion for a preliminary injunction, including the resolution of any appeals. In support of their motion, the parties state as follows:

1. Plaintiff filed this suit on April 13, 2023. *See* Dkt. 1. Plaintiff moved for a preliminary injunction on April 14, 2023. *See* Dkt. 4.

2. Defendants filed their opposition to Plaintiff's motion for a preliminary injunction on July 6, 2023. *See* Dkt. 22.

3. Plaintiff will file its reply to Defendants' opposition by July 12, 2023. *See* Dkt. 20.

4. Defendants' obligation to respond to the complaint was June 30, 2023. *See* Dkt. 14.

5. The Court has set a hearing on Plaintiff's motion for July 27, 2023. *See* Dkt. 15.

6. The Court has "broad discretion in managing [its] docket." *Sims v. ANR Freight Sys., Inc.*, 77 F.3d 846, 849 (5th Cir. 1996).

7.  In the interest of judicial economy and efficiency, the parties request a stay of the obligation to respond to the complaint pending the resolution of Plaintiff's preliminary injunction, including any appeals.

8.  This stay will not unduly delay these proceedings because the parties are promptly litigating the motion for preliminary injunction.

9.  Counsel for the parties certify that this motion is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that their motion be granted and that the Court stay the obligation to respond to the complaint until Plaintiff's motion for a preliminary injunction has been resolved, including the resolution of any appeals.

Dated: July 11, 2023                                                    Respectfully submitted,

JOHN SCOTT
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief for General Litigation Division

RYAN KERCHER
Deputy Chief for General Litigation Division

/s/ William D. Wassdorf
WILLIAM D. WASSDORF
(Texas Bar No. 24060998)

General Litigation Division
Office of the Attorney General

/s/ Cameron T. Norris
J. Michael Connolly
Cameron T. Norris
James F. Hasson (TX Bar 24109982)
Thomas S. Vaseliou (TX Bar 24115891)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

*Counsel for Plaintiff Speech First, Inc.*

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov
Will.Wassdorf@oag.texas.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

*/s/ Cameron T. Norris*