IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPEECH FIRST, INC.,<br>*Plaintiff*,<br>v.<br>BRIAN MCCALL, in his official capacity as Chancellor of the Texas State University System, *et al.*,<br>*Defendants*. | Case No. 1:23-cv-411-DAE |

**NOTICE OF APPEAL**

Plaintiff, Speech First, Inc., now appeals to the United States Court of Appeals for the Fifth Circuit this Court's September 1, 2023 order granting in part and denying in part Plaintiff's motion for preliminary injunction. *See* Dkt. 33.

Date: September 6, 2023

Respectfully submitted,

/s/ *Cameron T. Norris*
J. Michael Connolly
Cameron T. Norris
James F. Hasson (TX Bar No. 24109982)
Thomas S. Vaseliou (TX Bar No. 24115891)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I certify that on September 6, 2023, I e-filed this document and its attachments via ECF, which will automatically email all counsel of record.

/s/ *Cameron T. Norris*