**FILED**
June 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Christian Rodriguez
DEPUTY

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 05, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

   No. 23-50633   Speech First v. McCall
                  USDC No. 1:23-CV-411

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:   Mr. John Michael Connolly
      Mr. John Allen Eidsmoe
      Mr. James Hasson
      Mr. Ryan Glen Kercher
      Ms. Beth Ellen Klusmann
      Mr. Brian Paul Morrissey
      Mr. Cameron Thomas Norris
      Mr. Gordon D. Todd